476 A.2d 80

Commonwealth v. Younkin, Appellant.

Submitted March 23, 1984. Alphonse P. Lepore, Jr., Public Defender, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

Judgment of sentence affirmed.